IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PABLO HERNANDEZ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. H-19-4528 |
| v. | § | |
| | § | |
| SHERIFF ED GONZALEZ, | § | |
| | § | |
| *Defendant*. | § | |

# FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas on the _3rd day of April, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE